FILED IN CLERK'S OFFICE
U.S.D.C.  Atlanta

1:06-CV-964-CC

JUN 7 2007

*****************************************************

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and

Discovery Plan form completed and filed by the parties, the Court orders

that the time limits for adding parties, amending the pleadings, filing motions,

completing discovery, and discussing settlement are as stated in the above completed

form, except as herein modified: _____

_____

_____

IT IS SO ORDERED, this _7th_ day of _June_ ,

_____
UNITED STATES DISTRICT JUDGE

-15-